# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN VIANA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CITY OF BEVERLY HILLS, a public agency and/or municipal corporation; BEVERLY HILLS FIRE DEPARTMENT, a public agency and/or municipal corporation; RALPH E. MUNDELL, individually and as Fire Chief; MAHDI ALUZRI, individually and as City Manager; and DOES 1 THROUGH 10, ,<br><br>　　　　Defendants. | Case No. 2:16-cv-08956-SVW-AGRx<br><br>~~JOINT STIPULATION AND~~ ORDER FOR DISMISSAL WITH PREJUDICE<br><br>[Exempt from filing fees pursuant to Govt. Code § 6103]<br><br>JS-6 |

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: December 14, 2017

　　　　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

RICHARDS WATSON GERSHON — ATTORNEYS AT LAW - A PROFESSIONAL CORPORATION

B0785-1601\2145401v1.doc